UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No.17-cv-00816-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 17 |

The parties hereto, by their counsel, having advised the court that they have stipulated to dismissing with prejudice plaintiff's complaint in its entirety, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice. Each party shall bear his or its own costs and attorneys' fees.

The Clerk shall close the case.

Dated: February 14, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge